**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

**A.L.M.**,

       *Plaintiff*,

    v.

**KRISTI NOEM**, *et al.*,

       *Defendants*.

No. 26-cv-02230

**ORDER**

---

**THIS MATTER** comes before the Court upon Plaintiff A.L.M.'s ("Plaintiff") Response to the Court's March 4, 2026 Order to Show Cause ("OTSC Response"), (ECF No. 5). Defendants have not yet been served and have not otherwise appeared in this action; and

**WHEREAS**, in the OTSC Response, Plaintiff addresses the Court's concerns regarding subject matter jurisdiction by relying on *Byrne v. Noem*, No. 25-1077, 2025 WL 2414159 (E.D. Pa. Aug. 20, 2025). *Byrne* appears to be a rare instance in which a district court has asserted subject matter jurisdiction over claims alleging that a government agency unreasonably failed to timely adjudicate a plaintiff's immigrant visa application. *See Byrne*, 2025 WL 2414159 (denying a motion to dismiss for lack of subject matter jurisdiction where the plaintiff "has alleged in his Complaint sufficient facts to show unreasonable delay and that he should be afforded an initial review of his T visa application"); but

**WHEREAS**, the Court still has doubts about subject matter jurisdiction in this matter given the weight of authority that contradicts *Byrne*. *See U.S. ex rel. Vaso v. Chertoff*, 369 F. App'x 395, 400 (3d Cir. 2010); *Qiu v. Chertoff*, 486 F. Supp. 2d 412, 416–20 (D.N.J. 2007); *Khanna v. Mayorkas*, No. 21-8712, 2021 WL 2621566, at *6–7 (D.N.J. June 25, 2021); therefore

**IT IS HEREBY** on this 13th day of April, 2026,

**ORDERED** that Plaintiff shall file and serve the Complaint, Summons, and this Order on Defendants in accordance with the Federal Rules of Civil Procedure. After service is completed, Plaintiff shall file proof of service on the docket; and it is further

**ORDERED** that the Court's prior Order to Show Cause, (ECF No. 4), is DISCHARGED. Within 30 days of service, Defendants shall respond to Plaintiff's Complaint, (ECF No. 1), and OTSC Response, (ECF No. 5). Any response from Defendants shall be limited to the issue of whether this Court has subject matter jurisdiction over Plaintiff's claims.

**CHRISTINE P. O'HEARN**
**United States District Judge**

2